# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

VALERIO-NUNEZ
      Plaintiff

V.

TFA Jaime Cepero et al
      Defendant

CIVIL ACTION

NO. 1:17-12096-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

The Court having been advised on October 11, 2018 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

October 12, 2018                  /s/ Jennifer Gaudet
Date                                        Deputy Clerk